# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 19-2775

_____

UNITED STATES OF AMERICA

v.

DONNA FALLON,
                    Appellant

_____

No. 19-2788

_____

UNITED STATES OF AMERICA

v.

DEAN VOLKES,
                    Appellant

_____

No. 19-2792

_____

UNITED STATES OF AMERICA

v.

DEVOS LTD LLC d/b/a GUARANTEED RETURNS,
                    Appellant

_____

(E.D. Pa. Nos. 2-14-cr-00574-003, 2-14-cr-00574-002, & 2-14-cr-00574-001)

▬▬▬▬▬▬▬

SUR PETITION FOR PANEL REHEARING

▬▬▬▬▬▬▬

Present:  KRAUSE, PHIPPS, and FUENTES, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellants Donna Fallon and Dean Volkes in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted.  The opinion and judgment entered September 30, 2022 are hereby V A C A T E D.  A subsequent opinion and judgment will be issued. In light of the vacatur of the panel opinion, no further action on the pending petition for rehearing en banc is required. See 3d Cir. I.O.P. 9.5.7.

BY THE COURT,

s/ Julio M. Fuentes
Circuit Judge

Dated: December 20, 2022